78 P.3d 370

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**October 10, 2003**

| 24343 | State v. Labrador | Affirmed |
|---|---|---|

**October 20, 2003**

| 24870 | State v. Young | Affirmed |
|---|---|---|

**October 29, 2003**

| 23973 | Atlassi v. Noble | Affirmed |
|---|---|---|

**November 4, 2003**

| 23896 | Doe, In re | Affirmed |
|---|---|---|

**November 7, 2003**

| 25315 | State v. Brown | Affirmed |
|---|---|---|